IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOHN HENRY FREDERICK,

    Plaintiff,

v.                                         CASE NO. 4:18cv540-RH-CAS

WAKULLA CORRECTIONAL
INSTITUTION et al.,

    Defendants.

_____/


## ORDER OF DISMISSAL


    This prisoner civil-rights case is before the court on the plaintiff's motion to appoint an attorney and the magistrate judge's report and recommendation, ECF No. 43, which concludes the case should be dismissed. No objections to the report and recommendation have been filed.

    A plaintiff in a case of this kind has no right to appointment of an attorney. Attorneys can be appointed—or volunteers sought—when warranted by the circumstances. But hundreds of cases of this kind are filed in this court every year. As a matter of discretion, attorneys may be appointed or volunteers sought in cases with a specific or unusual need, or that have survived summary judgment and will

be tried, or that otherwise appear to have some merit. This case has none of those characteristics. As a matter of discretion, this order denies the motion to appoint an attorney.

The report and recommendation correctly concludes that the case should be dismissed. The fourth amended complaint includes a rambling recitation of assorted grievances but does not allege facts plausibly supporting a claim against these defendants. More importantly, the plaintiff has failed to file a fifth amended complaint as ordered, and the deadline to do so has long passed. Dismissal is warranted.

IT IS ORDERED:

1. The motion to appoint an attorney, ECF No. 44, is denied.

2. The report and recommendation is accepted and adopted as the court's opinion.

3. The clerk must enter judgment stating, "This case is dismissed without prejudice."

4. The clerk must close the file.

SO ORDERED on February 8, 2020.

                                                   s/Robert L. Hinkle
                                                   United States District Judge